Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

UNITED STATES DISTRICT COURT

for the

Central District of California

_____ Division

FILED
CLERK, U.S. DISTRICT COURT
January 29, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Lewman___ DEPUTY

Devin Wade

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defense Commissary Agency (DeCA)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No.   5:24-cv-00214-MWF (JPR)
*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☐ Yes  ✔ No

IFP Submitted
No CV-30
Related DDJ

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

    A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Devin Wade |
| Address | 6657 Canterbury Dr,, 202 |
| | Chino Hills, CA |
| | *City / State / Zip Code* |
| County | San Bernardino County |
| Telephone Number | |
| E-Mail Address | |

    B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Defense Commissary Agency (DeCA) |
| Job or Title *(if known)* | |
| Address | 1300 Eisenhower Ave. Fort Gregg-Adams, VA |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity      ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity      ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

    Defendant No. 3
        Name
        Job or Title *(if known)*
        Address

            *City*      *State*      *Zip Code*
        County
        Telephone Number
        E-Mail Address *(if known)*

        [ ] Individual capacity   [ ] Official capacity

    Defendant No. 4
        Name
        Job or Title *(if known)*
        Address

            *City*      *State*      *Zip Code*
        County
        Telephone Number
        E-Mail Address *(if known)*

        [ ] Individual capacity   [ ] Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

   A.    Are you bringing suit against *(check all that apply)*:

      [✔] Federal officials (a *Bivens* claim)

      [✔] State or local officials (a § 1983 claim)

   B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
      5th Amendment, 14th Amendment, obstructing justice via concealing and altering records 47, 48 in document 56 of PSR in case United States v. Wade, 2:20-cr-00242 altering after Devin Wade v. Central District of, CA et al (5:20-cv-00256) dismissed as frivolus by California Central District Court, filed: on 2/07/2020 and retaliating by changing law and violating title 18 usc 1623 Perjury

   C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

5th amendment aswell as 14th amendment violated

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

[1]record 49.states on 11/30/2016 Victim wade was Arrested, and Accused of a crime in violation title 18 usc 3771 Crime Victim Rights.[2] Tampering of victim in title 18 usc 1512 dismissing case violates title 18 usc 1961(5) having dismissed, altered or concealed a record or document as being accused of crime in Case No.: 17N00443X [647(F) PC: Disorderly conduct (misd.);concealed, altered and dismissed

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Central District of California

B. What date and approximate time did the events giving rise to your claim(s) occur?

2016 - Present

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

[1] record 47. 03/15/2012 459 PC: Burglary (fel.); Case No.: MCH1100082 out of San Bernardino Superior Court initially arrested on 03/16/2019 and record altered, with intent to violate plaintiff rights title 18 usc 1512(c)(1) proving Central District dismissed true crime dismissed as frivolus in Devin Wade v. Central District of, CA et al (5:20-cv-00256)

[2]after date filed and aswell changing law after civil suit filed charging defendant with violation of title 18 usc 3771, title 18 usc 1512, title 18 usc 1513, chapter 96 usc 1961(5) in 2020

[3]changing law which accused earlier after tempering and retaliating of plaintiff in 2021 after changing laws crime victims rights 18 usc 3771, altering and concealing records that stated cannot be accused of crime, tampering of victim and retaliation prosecuting plaintiff.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss Of Life via Corrupt Organization and Racketeering(5)

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

full demand as stated

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/29/2023

Signature of Plaintiff: Devin Wade
Printed Name of Plaintiff:

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

*City*   *State*   *Zip Code*

Telephone Number:
E-mail Address: